**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF KENTUCKY**
**CENTRAL DIVISION AT LEXINGTON**

ASHLAND LLC,

      Plaintiff,

v.

HDI GLOBAL SE f/k/a
HDI-GERLING INDUSTRIE
VERSICHERUNG AG
HAFTPFLICHTVERSICHERUNG,

      Defendant.

Civil Action No. 5:19-cv-00214-DCR

FILED ELECTRONICALLY

## NOTICE OF DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), no responsive pleading having yet been filed by Defendant, HDI Global SE f/k/a HDI-Gerling Industrie Versicherung AG Haftpflichtversicherung, Plaintiff, Ashland LLC, by and through counsel, hereby gives notice of its voluntary dismissal of this case, with prejudice, as settled. Each party to bear its own attorneys' fees and costs in connection with this case.

Respectfully submitted,

*/s/ Grahmn N. Morgan*
Barbara B. Edelman
Grahmn N. Morgan
DINSMORE & SHOHL LLP
City Center
100 West Main Street, Suite 900
Lexington, KY 40507
T:  859-425-1000
F:  859-425-1099
barbara.edelman@dinsmore.com
grahmn.morgan@dinsmore.com
*Counsel for Plaintiff Ashland LLC*

Of Counsel:
John M. Sylvester
Jacquelyn S. Celender
K&L GATES LLP
K&L Gates Center
210 Sixth Avenue
Pittsburgh, PA 15222
412.355.6500

## CERTIFICATE OF SERVICE

I hereby certify that on January 30, 2020, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system, which will send a notice of electronic filing to all counsel of record.

*/s/ Grahmn N. Morgan*
*Counsel for Plaintiffs*