UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| ASHLAND, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 19-214-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| HDI GLOBAL SE, | ) | **ORDER** |
| | ) | |
| Defendant. | ) | |

\*\*\*\*   \*\*\*\*   \*\*\*\*   \*\*\*\*

Plaintiff Ashland, LLC, has filed a notice of voluntary dismissal, with prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.  [Record No. 11] Therefore, being sufficiently advised, it is hereby

**ORDERED** as follows:

1. This action is **DISMISSED**, with prejudice, and **STRICKEN** from the Court's docket.

2. Each party shall bear its respective costs and attorney's fees.

Dated: February 3, 2020.



Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky